IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| LARONDA DUPUIS and SHARON HEATHER FOXX, on behalf of themselves and all others similarly situated, | ) ) ) | C.A. No. 2:23-cv-05739-DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **SECOND AMENDED JOINT STATUS** |
| | ) | **REPORT** |
| GEORGETOWN CORNER TAVERN, LLC; | ) | |
| MICHAEL RABB, individually; PHILIP | ) | |
| BROUSSARD, individually; and | ) | |
| JACQUELINE HUBSCHMAN, individually, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Granting Joint Motion to Stay [ECF 51], the parties mediated the case on January 7, 2026, and are pleased to advise that a settlement has been reached.

On August 29, 2024, this court Conditionally Certified the action pursuant to the Fair Labor Standards Act, 29 U.S.C. 201 *et*. *seq*. (FLSA) and certified a Rule 23 Class Action. Both of these require the court to approve the settlement.

On January 23, 2026, the parties entered a Joint Status Report in which they agreed to work together to prepare and file the Settlement Agreement and Joint Motion to Approve Settlement, with all the needed exhibits, by February 27, 2026. [ECF 54]. On February 9, 2026, Defense Counsel underwent surgery for a partial cornea transplant. The extended recuperation from that surgery delayed the finalization of the Settlement Agreement and Joint Motion to Approve Settlement resulting in additional time needed to finalize and file the documents. On February 27, 2026, the parties entered another Joint Status report in which they agreed to work together to file the Settlement Agreement and Joint Motion to Approve Settlement, with all the needed exhibits,

1

by March 13, 2026.  Due to a family matter which has largely consumed Plaintiffs' Counsel's time since the second Joint Status Report was filed, the parties need additional time through March 27, 2026, to finalize and file the documents.

| | |
|---|---|
| s/Bruce E. Miller | s/Deborah Casey Brown |
| Bruce E. Miller (Fed Bar No. 3393) | Deborah Casey Brown (Fed Bar No. 1507) |
| BRUCE E. MILLER, P.A. | GALLIVAN, WHITE & BOYD, P.A. |
| 1459 Stuart Engals Blvd. Suite 202 | 55 Beattie Place, Suite 1200 |
| Mount Pleasant, SC 29464 | Greenville, SC 29601 |
| T: 843.579.7373 | T: 864.271.9580 |
| bmiller@brucemillerlaw.com | dbrown@gwblawfirm.com |
| | |
| Attorney for Plaintiffs | Attorney for Defendants |
| Date:  March 12, 2026 | Date:  March 12, 2026 |